1  LAWRENCE G. TOWNSEND  (SBN 88184)
   LAW OFFICES OF LAWRENCE G. TOWNSEND
2  455 Market Street, 19th Floor
   San Francisco, California 94105
3  Telephone:      (415) 882-3288
   Facsimile:      (415) 882-3299
4  E-Mail:         ltownsend@owe.com

5  Attorneys for Plaintiff SUSAN VREELAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN VREELAND, an individual, | Case No.  CV 10 614 EMC |
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER OF DISMISSAL OF ACTION** |
| MacADAM/CAGE PUBLISHING, INC., a California corporation, | |
| Defendant. | |

Having considered the parties' Stipulation of Dismissal and for good cause appearing, it is hereby ORDERED:

1.  This action is dismissed without prejudice as to Defendant MacAdam/Cage Publishing, Inc., with each party to bear its or her own attorneys' fees and costs, except as otherwise provided in the Settlement Agreement And Release.

2.  This Court shall maintain jurisdiction over this case for the purpose of any action to enforce the Settlement Agreement.

DATED: ___May 18___, 2010   _____
                            U.S.D.J.

*IT IS SO ORDERED*
*Judge Edward M. Chen*

S:\LGT-TENA\Vreeland\Order-Dismissal.wpd

1

---

[Proposed] Order of Dismissal of Action; Case No: CV 10 614 EMC